

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*John W. Sippel, Jr.*  *Suite 400*  *DIRECT: 410-209-4807*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*John.Sippel@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-3124*

July 14, 2023

**VIA ECF**

The Honorable Stephanie A. Gallagher
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   *United States v. Trevon Gardner*
               Criminal no. SAG-22-0431

Dear Judge Gallagher:

    I write to provide the Court with an updated status report. Counsel for the parties have conferred, and counsel for the Defendant needs addition time to review the discovery materials. In addition, counsel for the parties expect to engage in plea negotiations in the near future. Accordingly, the parties respectfully request that they be permitted to submit an updated status report in 60 days. A Speedy Trial motion will be submitted upon approval of this report.

                                       Respectfully submitted,

                                       Erek L. Barron
                                       United States Attorney

                                       _____
                                       John W. Sippel, Jr.
                                       Assistant United States Attorney

cc: Cynthia Frezzo, AFPD (via ECF)